ORIGINAL

FILED
DEC - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Mary McNamara, SBN 147131
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4

DEC -5 PM 2:5

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                   (San Francisco Division)

8

9

10  UNITED STATES OF AMERICA,                Case No. CR 03-0284-01 MHP

11              Plaintiff,                   STIPULATION AND [PROPOSED]
                                             ORDER CONTINUING HEARING RE:
12       vs.                                 REVOCATION OF SUPERVISED
                                             RELEASE
13  STEPHON JONES,

14              Defendant.

15       Defendant Stephon Jones, by and through his counsel, Mary McNamara, on the one hand, and

16  the United States, by and through its attorney, David Hall, Assistant United States Attorney, on the other

17  hand, hereby stipulate and agree as follows:

18       1.   The above-captioned matter is set for hearing regarding revocation of supervised release

19  on Monday, December 10, 2007, at 10:00 a.m.

20       2.   Mr. Jones is currently enrolled in trucking school, and has classes all day on December

21  10, 2007.

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

3. To avoid causing Mr. Jones to miss trucking school, the parties agree that the above-mentioned hearing date should be continued to Monday, January 28, 2008, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: December 5, 2007

_____
Mary McNamara
Counsel for Defendant Stephon Jones

Dated: December 5, 2007

_____
David Hall
Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing regarding revocation of supervised release shall be continued from Monday, December 10, 2007, at 10:00 a.m. to Monday, January 28, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 12/06/07

_____
The Honorable Marilyn Hall Patel
United States District Judge

2

3. To avoid causing Mr. Jones to miss trucking school, the parties agree that the above-mentioned hearing date should be continued to Monday, January 28, 2008, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: December 5, 2007

Mary McNamara
Counsel for Defendant Stephon Jones

Dated: December 5, 2007

David Hall
Assistant United States Attorney

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing regarding revocation of supervised release shall be continued from Monday, December 10, 2007, at 10:00 a.m. to Monday, January 28, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated:

The Honorable Marilyn Hall Patel
United States District Judge

2