ORIGINAL

FILED

MAY 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for STEPHON JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHON JONES,<br><br>　　　　　Defendant. | Case No. CR 03-0284 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING**<br><br>Date:　May 12, 2008<br>Time:　10:00 a.m.<br>Court:　Hon. Marilyn Hall Patel |

**STIPULATION**

Defendant Stephon Jones, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Mazzucco, hereby stipulate and agree as follows:

1.　At the last calling of the case, counsel and the Court agreed that Mr. Jones would present verification of his current employment to probation officer Myra Turner. In the event Mr. Jones failed to do so, the parties were to appear before this Court for further status on May 12, 2008.

2.　Counsel for Mr. Jones has spoken with probation officer Myra Turner, who has verified Mr. Jones's employment to her satisfaction.

3.　The parties therefore agree that the May 12, 2008 court date should be vacated and that a further status conference should be set for July 14, 2008 at 10:00 a.m.

/ / /

4. Probation Officer Myra Turner is available to appear on July 14.

IT IS SO STIPULATED.

Dated: May 6, 2008

                                             Mary McNamara
                                             SWANSON, McNAMARA & HALLER LLP
                                             Attorneys for STEPHON JONES

Dated:

                                             Thomas Mazzucco
                                             Assistant United States Attorney

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the May 12, 2008 court date be vacated and the matter be set for a further status hearing on July 14, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 12, 2008

                                             Honorable Marilyn Hall Patel
                                             United States District Court

4.  Probation Officer Myra Turner is available to appear on July 14.

IT IS SO STIPULATED.

Dated: May 6, 2008

Mary McNamara
SWANSON, McNAMARA & HALLER LLP
Attorneys for STEPHON JONES

Dated: 5/7/08

Thomas Mazzucco
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the May 12, 2008 court date be vacated and the matter be set for a further status hearing on July 14, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:

Honorable Marilyn Hall Patel
United States District Court

2