ORIGINAL
**ORIGINAL**

Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for STEPHON JONES

RECEIVED
JUL -9 2008

FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHON JONES,<br><br>Defendant. | Case No. CR 03-0284 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**<br><br>Date: July 14, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Marilyn Hall Patel |

**STIPULATION**

Defendant Stephon Jones, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Mazzucco, hereby stipulate and agree as follows:

1. A status conference in the above-captioned matter is currently set for July 14, 2008. United States Probation Officer Myra Turner has informed defense counsel that she will be unavailable to attend court on that date due to a memorial service.

2. The parties therefore agree that the status conference be rescheduled for August 4, 2008 at 10:00 a.m. Ms. Turner is available to appear on August 4.

///
///

1      3.      Mr. Jones is employed as a cross-country truck driver. Due to the unpredictability of his schedule, the parties agree that his appearance at the status conference should be waived in the event he is unavailable on August 4, 2008. Probation Officer Myra Turner has no objection to waiving Mr. Jones's appearance.

IT IS SO STIPULATED.

Dated: July 9, 2008

                                    Mary McNamara
                                    SWANSON, McNAMARA & HALLER LLP
                                    Attorneys for STEPHON JONES

Dated: July 9, 2008

                                    Thomas Mazzucco
                                    Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the July 14, 2008 court date be vacated and the matter be set for a further status hearing on July 28, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 10, 2008

                                    Honorable Marilyn Hall Patel
                                    United States District Court

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

JONES,

        Defendant.
_____/

Case Number: CR03-00284 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Philip Mazzucco
United States Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102

Mary McNamara
Swanson McNamara & Haller LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104

Dated: July 11, 2008

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk