Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for STEPHON JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEPHON JONES,<br>Defendant. | Case No. CR 03-0284 MHP<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING**<br>Date: August 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Marilyn Hall Patel |

**STIPULATION**

Defendant Stephon Jones, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Thomas Mazzucco, hereby stipulate and agree as follows:

1. A status conference in the above-captioned matter is currently set for August 4, 2008, 2008. Since setting the hearing for August 4, counsel for Mr. Jones has had to schedule a trip out of the state on that date and thus will not be available on August 4.

2. The parties therefore agree that the status conference be rescheduled for August 11, 2008 at 10:00 a.m. Ms. Turner is available to appear on August 11.

/ / /

/ / /

/ / /

3. The Court previously waived Mr. Jones's appearance for the scheduled hearing on August 4. The parties agree that his appearance at the August 11 status conference should likewise be waived in the event he is unavailable on that date. Probation Officer Myra Turner has no objection to waiving Mr. Jones's appearance.

IT IS SO STIPULATED.

Dated: July 25, 2008

/s/
Mary McNamara
SWANSON, McNAMARA & HALLER LLP
Attorneys for STEPHON JONES

Dated: July 25, 2008

/s/
Thomas Mazzucco
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the August 4, 2008 court date be vacated and the matter be set for a further status hearing on August 11, 2008 at 10:00 a.m. IT IS FURTHER ORDERED that Mr. Jones's appearance at the August 11 hearing is waived.

IT IS SO ORDERED.

Dated: July 30, 2008

Honorable Mari
Uni

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA