MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> STEPHON JONES, ) <br> a/k/a STEPHON DEGRATE, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 03-284 MHP <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER TO CONTINUE** |

      On August 23, 2010, the parties made and initial appearance before the Court. The parties requested that the matter be continued for one week for resolution of allegation of violations of supervised release ("Form 12" violations).

      Unfortunately, the parties will not be able to resolve these allegations prior to August 30, and therefore request that the matter be continued until September 13, 2010.

//

//

//

STIP. & [PROPOSED] ORDER TO CONTINUE
JONES; CR 03-284 MHP

1  SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

5  DATED: August 26, 2010           _____/s/_____
                                    BENJAMIN P. TOLKOFF
                                    Assistant United States Attorney

8  DATED: August 26, 2010           _____/s/_____
                                    MARY McNAMMARA
                                    Attorney for STEPHON JONES,
                                    a/k/a STEPHON DEGRATE

   For the reasons stated above, the Court orders that this matter be continued from August 30, 2010, to September 13, 2010

   SO ORDERED.

   DATED:__8/27/2010_____
                                    _____
                                    HONORABLE MARILYN H. PATEL
                                    United States District Judge

   *IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)

STIP. & [PROPOSED] ORDER TO CONTINUE
JONES; CR 03-284 MHP