UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00284-01 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| STEPHON JONES, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Mary McNamara. The United States was represented by Assistant United States Attorney Benjamin Tolkoff.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

| | |
|---|---|
| Charge 1: | Violation of Standard Condition which states that defendant shall not commit any federal, state, or local crime in that on May 17, 2010, the defendant was convicted of Cruelty to Animals and sentenced to two years court probation by San Mateo County Superior Court. |
| Charge 2: | Violation of Special Condition Four which states that defendant shall not possess any firearms, ammunition, dangerous weapons, or any destructive devices in that on July 1, 2010, a search of defendant's residence revealed multiple rounds of ammunition in his closet. |
| Charge 3: | Violation of Standard Condition which states that defendant shall not commit any federal, state, or local crime in that on July 1, 2010, the defendant was in violation of state condition that he was prohibited from possessing, owning, or residing with any animals, and in a search conducted of residence, a cat and a pitbull were discovered in the defendant's residence. |
| Charge 4: | Violation of Standard Condition which states that defendant shall not leave the judicial district without permission of the Court or USPO, in that on July 1, 2010, that the USPO contacted defendant via telephone, to set up a home visit, at which time defendant reported he was in Newman, California in the Eastern District of California. |
| Charge 5: | Violation of Standard Condition which states that defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance in that July 1, 2010, subject to search, a bottle of suspected urine was found in defendant's residence, and that on August 8, 2010, upon an unannounced visit to the USPO, defendant was found to be wearing a "whizzinator", used to avoid drug detection. |

Based on the foregoing,

    IT IS ADJUDGED that Supervised Release is hereby REVOKED and defendant is sentenced to custody of Bureau of Prisons for a term of 18 months, to be served consecutively to the sentence imposed on CR 10-0666-01 MHP.  No further term of supervised release is ordered in this action.

Dated: 3/2/2011

                                                         MARILYN HALL PATEL
                                                         United States District Court